**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GLOBE COTYARN PVT. LTD.,

                Plaintiff,

-against-

NEXT CREATIONS HOLDINGS LLC, and
AAVN, INC.,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2020

18 CIVIL 4208 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2020, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       August 10, 2020

                                                     **RUBY J. KRAJICK**

                                                      Clerk of Court

                          **BY:**

                                                      **Deputy Clerk**